FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>HECTOR SANCHEZ-MENDEZ,<br>    Defendant. | No.  4:22-CR-06057-SAB-1<br><br>**ORDER DISMISSING CAUSE NUMBER; CLOSING FILE** |

    Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 28. The motion was heard without oral argument. The Government is represented by Stephanie A. Van Marter and Rebecca R. Perez.

    The United States requests that the Court dismiss this cause number due to Defendant's inclusion in the Superseding Indictment in Case No. 4:22-CR-06052-SAB-1. The Court finds good cause to grant the motion.

//
//
//
//
//
//

**ORDER DISMISSING CAUSE NUMBER; CLOSING FILE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Cause Number, ECF No. 28, is **GRANTED**.

2. The above-captioned case number is **DISMISSED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 20th day of January 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CAUSE NUMBER; CLOSING FILE** # 2